2I7-/5
2I8-/5
2I9-/5

COA # 08-13-00057-CR      OFFENSE: 71.02

STYLE: Patrick Shaughnessy Hatt, Jr. v. The State of Texas      COUNTY: Tarrant

COA DISPOSITION: affirm      TRIAL COURT: Criminal District Court No. 2

DATE: 1/30/15      Publish: no      TC CASE #: 1299765R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Patrick Shaughnessy Hatt, Jr. v. The State of Texas

__APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __04/22/2015__

JUDGE: _____

CCA #: _____

CCA Disposition: __2I7-/5; 2I8-/5; 2I9-/5__

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____